UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,    :
:   17-CV-02999 (AJN)
      Plaintiff, :
:
 - against - :
:
DEMITRIOS HALLAS, :
:
      Defendant. :
:
-------------------------------------------------------------------x

## NOTICE OF MOTION FOR A DEFAULT JUDGMENT
## AGAINST DEFENDANT DEMITRIOS HALLAS

  PLEASE TAKE NOTICE that upon the accompanying Declaration of Michael Ellis, Counsel for Plaintiff Securities and Exchange Commission (the "Commission"), dated August 8, 2017, and the exhibits attached thereto, and upon a copy of the Complaint, Affidavit of Service, Clerk's Certificate of Default and Proposed Default Judgment attached hereto, the Commission moves, at a date and time to be determined by the Court, for the entry of judgment by default pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2 against Defendant Demitrios Hallas ("Defendant"):

  (1) permanently enjoining Defendant from committing future violations of Section 17(a) of the Securities Act of 1933, Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 thereunder;

  (2) ordering Defendant to disgorge $260,193.39 in illegal profits derived from his violations of the federal securities laws, plus prejudgment interest in the amount of $29,600.86 thereon; and

- 2 -

(3) ordering Defendant to pay an appropriate civil money penalty.

Dated:  New York, NY
       August 8, 2017

                     Respectfully submitted,

By: _____
Michael C. Ellis
David Stoelting
Thomas P. Smith, Jr.
*Attorneys for Plaintiff*
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281-1022
Tel: (212) 336-1076 (Ellis)